UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENTUCKY BOURBON DISTILLERS LTD.,<br><br>　　　Plaintiff,<br>v.<br><br>SHAAN, INC., et al.,<br><br>　　　Defendants. | Case No. 3:22-cv-00873<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have notified the Court that they have reached a tentative resolution of all claims in this matter and request the initial case management conference set on June 1, 2023, be reset. (Doc. No. 33.) The motion is GRANTED. The initial case management conference set on June 1, 2023, is RESET for June 15, 2023, at 10:00 a.m. Counsel for the parties shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge